

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-82,352-01

### EX PARTE TYRON RAMON DUCKWORTH, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2011CR7499-W1 IN THE 290TH DISTRICT COURT
### FROM BEXAR COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of sexual assault and sentenced to twenty years' imprisonment. The Fourth Court of Appeals affirmed his conviction. *Duckworth v. State*, No. 04-12-00077-CR (Tex. App.—San Antonio 2013, no pet.).

Applicant contends that appellate counsel rendered ineffective assistance because counsel failed to timely notify Applicant that his conviction had been affirmed and failed to advise him of his right to petition *pro se* for discretionary review.

Appellate counsel filed a response with the trial court. Based on that response, the trial court has entered findings of fact and conclusions of law that appellate counsel failed to timely notify Applicant that his conviction had been affirmed and failed to advise him of his right to petition for discretionary review *pro se*. The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997).

We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Fourth Court of Appeals in cause number 04-12-00077-CR that affirmed his conviction in cause number 2011CR7499 from the 290th District Court of Bexar County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: November 19, 2014
Do not publish